IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL E. FUHRMAN, <u>et</u> <u>al.</u>,** | : | |
| **Plaintiffs** | : | No. 1:21-cv-02024 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **BRIAN A. MAWYER, <u>et</u> <u>al.</u>,** | : | |
| **Defendants** | : | |

# ORDER

**AND NOW**, on this 28th day of June, 2022, upon consideration of Defendants' motion to dismiss and for a more definite statement (Doc. No. 7), Defendants' brief in support of the motion (Doc. No. 8), and Plaintiffs' brief in opposition (Doc. No. 9) and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Defendants' motion to dismiss (Doc. No. 7) is **DENIED**;

2. Defendants' motion for a more definite statement (Doc. No. 7) is **GRANTED IN PART**, as it pertains to the following subparagraphs of Plaintiffs' complaint (Doc. No. 1): 33(y), (gg); 47(y), (gg); 48(o), (r); 65(y), (gg); 66(o), (r);

3. Plaintiffs are directed to file an amended complaint within twenty-one (21) days of the date of this Order either providing a more definite statement as to the above subparagraphs, identifying which specific statutes, rules, regulations, or ordinances the Defendants are alleged to have violated or, in the alternative, striking those subparagraphs from the complaint; and

4. Defendants' motion for a more definite statement (Doc. No. 7) is **DENIED IN PART**, as it pertains to the following subparagraphs of Plaintiffs' complaint (Doc. No. 1): 33(f), (g), (q), (v), (w), (x); 47(f), (g), (q), (v), (w), (x); 48(p), (q), (t); 65(f), (g), (q), (v), (w), (x); 66(p), (q), (t).

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania